

# NUMBER 13-19-00065-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MCCARTHY BUILDING COMPANIES, INC. AND THE BRANDT COMPANIES, LLC

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Contreras and Justices Benavides and Hinojosa
### Per Curiam Order

Relators McCarthy Building Companies, Inc. and The Brandt Companies, LLC filed a petition for writ of mandamus with a request for emergency temporary relief in the above cause on February 8, 2019.  Through this original proceeding, relators seek to compel the trial court to (1) vacate its September 7, 2018 order denying their motion for summary judgment; (2) admit the affidavits attached to relators' motion for summary judgment into evidence; and (3) render summary judgment in favor of relators.  Through their request for emergency temporary relief, relators seek to stay all proceedings in the trial court pending resolution of this petition for writ of mandamus.

The Court, having examined and fully considered the request for emergency temporary relief, is of the opinion that the request should be carried with the case pending further order of this Court. We request the real party in interest, Guadalupe Mariscal, or any others whose interest would be directly affected by the relief sought, to file a response to the request for temporary relief and the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. CIV. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of February, 2019.